ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| OHL USA, Inc. | ) ASBCA No. 62465 |
| | ) |
| Under Contract No. W912PL-15-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:        Timothy L. Pierce, Esq.
                                                                            R. Michael Viayra, Jr., Esq.
                                                                              Pierce Kavcioglu Espinosa & Cesar, LLP
                                                                              Encino, CA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                                              Engineer Chief Trial Attorney
                                                                            John F. Bazan, Esq.
                                                                              Engineer Trial Attorney
                                                                              U. S. Army Engineer District, Los Angeles

ORDER OF DISMISSAL

Appellant's October 7, 2021, motion to dismiss with prejudice appeal number 62465, one of several consolidated appeals, is unopposed by respondent and is GRANTED. Accordingly, appeal number 62465 is dismissed from the Board's docket with prejudice. Appeal number 62464 and appeal numbers 62466, 62467, 62468, 62469, 62470, 62471, 62472, and 62473 are unaffected and will continue to proceed per our previous orders.

Dated: October 14, 2021

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62465, Appeal of OHL USA, Inc., rendered in conformance with the Board's Charter.

Dated:  October 15, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals